# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIVAS,<br><br>    Plaintiff,<br><br>v.<br><br>JIM COOK, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01484-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO REISSUE NOTICE AND SERVE COPY OF ORDER ON LITIGATION COORDINATOR AT CORRECTIONAL TRAINING FACILITY, SOLEDAD |

Daniel Rivas ("Plaintiff"), a state prisoner, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Along with his complaint, Plaintiff filed an application to proceed *in forma pauperis* in this action. On October 22, 2020, a notice issued to the California Department of Corrections and Rehabilitation ("CDCR") directing that a certified copy of Plaintiff's inmate prison trust account statement be filed within seventy-two hours. (ECF No. 3.) The deadline has passed and Plaintiff's prison trust account statement has not been received.

Accordingly, the Clerk of the Court is DIRECTED to reissue the notice to the CDCR to submit a copy of Plaintiff's trust account statement and to serve a copy of this order on the litigation coordinator at the Correctional Training Facility, Soledad.

IT IS SO ORDERED.

Dated: **October 30, 2020**

                                  UNITED STATES MAGISTRATE JUDGE

1