# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DANIEL RIVAS,

      Plaintiff,

  v.

JIM COOK, et al,

      Defendants.

Case No.  1:20-cv-01484-DAD-SAB

Appeal No. 21-15559

ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL

(ECF No. 22)

Plaintiff Daniel Rivas is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 9, 2021, the Court dismissed this action, without prejudice, for failure to state a claim and as barred by <u>Heck v. Humphrey</u>, 512 U.S. 477, 482, 486-487 (1994).  (ECF Nos. 13, 17.)  On June 20, 2018, Plaintiff filed a notice of appeal.  (ECF No. 19.)

On March 31, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal.  28 U.S.C. § 1915(a)(3).  (ECF No. 22.)  The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.  The Clerk of the Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  __April 2, 2021__

UNITED STATES MAGISTRATE JUDGE